

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00007-CV

Clevan **MEYERS**,
Appellant

v.

**NEWFIELD EXPLORATION COMPANY**,
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 3725
The Honorable Robert Hoffman, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Jason Pulliam, Justice

Delivered and Filed:  April 1, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal on March 23, 2015. The motion contains a certificate of service to appellee, who does not oppose the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM